1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA HOPSON,

  Plaintiff,

  v.

VELVET CREAMERY, INC., as an entity and doing business as "Velvet Grill and Creamery, et al.,

  Defendants.

No.  1:19-cv-01745-NONE-SKO

ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE

(Doc. 13)

On May 4, 2020, Plaintiff filed a Notice of Dismissal with Prejudice, in which she notifies the Court of the dismissal of this action with prejudice.  (Doc. 13.)  Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:  __05/05/2020__                    _____/s/ *Sheila K. Oberto*_____
                                         UNITED STATES MAGISTRATE JUDGE